[No. 7510.   Decided August 19, 1909.]

THE STATE OF WASHINGTON, *on the Relation of Charles F. Will, Appellant*, v. JOHN MCKAY *et al., Respondents.*[1]

Appeal from a judgment of the superior court for Douglas county, Steiner, J., entered May 6, 1908, upon findings in favor of the defendants, after a trial before the court without a jury, in an action for a writ of mandamus. Reversed.

*Hannan & Clapp* and *Arthur McGuire*, for appellant.
*Sam B. Hill* and *John W. Hanna*, for respondents.

PER CURIAM.—This action is an application to the superior court of Douglas county by Charles F. Will, for a writ of mandamus requiring the county commissioners of said county to issue a warrant for excess salary alleged to be due relator as county auditor. From a final judgment denying the writ, the relator has appealed.

In pursuance of a stipulation on file, and on the authority of the opinion of this court filed on this date, in cause No. 7506, *State ex rel. Maltbie v. Will, ante* p. 453, 103 Pac. 479, 104 Pac. 797, the judgment of the superior court is reversed, and the cause remanded with instructions to grant a writ of mandate directing the issuance of a warrant to appellant for additional salary from January 9, 1905, to January 14, 1907, at the rate of $50 per annum. The appellant will recover his costs in this court and in the superior court, including statutory attorney's fees.